IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOSIAH COMPTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL NO. 05-571-WDS |
| ) | |
| THOMAS E. HILDERBRAND, MIKE ) | |
| REEH and TOM WOODS, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

This action came before the Court for a preliminary screening of the complaint pursuant to 28 U.S.C. § 1915(e)(2). The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** this action is dismissed as legally frivolous. Dismissal is without prejudice to Plaintiff raising these issues in his criminal case. Judgment is entered in favor of Defendants and against Plaintiff. Plaintiff shall take nothing from this action.

March 23, 2006                                    By:  **s/ WILLIAM D. STIEHL**
*Date*                                                              *District Judge*