IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JOSIAH COMPTON,** | ) |
| **Plaintiff,** | ) |
| vs. | ) CIVIL NO. 05-571-WDS |
| **THOMAS E. HILDERBRAND,** *et al.*, | ) |
| **Defendants.** | ) |

## MEMORANDUM AND ORDER

**STIEHL, District Judge:**

Before the Court is Plaintiff's motion to compel a ruling on his motion for leave to proceed *in forma pauperis* on appeal. This motion to compel (Doc. 23) was filed less than two weeks after the filing of his notice of appeal (Doc. 16) and his motion for leave to proceed *in forma pauperis* on appeal (Doc. 17). In fact, the Court had ruled on the *in forma pauperis* motion before the instant motion was filed (*see* Doc. 19); therefore, the instant motion (Doc. 23) is **MOOT**.

**IT IS SO ORDERED.**

**DATED: May 16, 2006**

s/ **WILLIAM D. STIEHL**
   **DISTRICT JUDGE**